```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  NORTHERN DIVISION
```

KIMBERLY MONIQUE ROSS                                    PLAINTIFF

VS.                          CIVIL ACTION NO. 3:25-cv-798-TSL-MTP

BRANDI BROWN, SHIRLEY KENNEDY,
and EDWARD KRAMER                                       DEFENDANTS

<u>ORDER</u>

This cause came on to be heard on the January 8, 2026 report and recommendation of United States Magistrate Judge Michael T. Parker recommending that (1) the court dismiss plaintiff's federal claims with prejudice; (2) the court decline to exercise supplemental jurisdiction over plaintiff's state-law claims; and (3) the court dismiss plaintiff's state-law claims without prejudice to her right to raise them in state court. The court, having fully reviewed the report and recommendation, and no objection having been filed and being duly advised in the premises, finds that the report and recommendation should be adopted as the opinion of this court.[1]

IT IS, THEREFORE, ORDERED that the January 8, 2026 report and recommendation of the magistrate judge is hereby adopted as the opinion of this court.

---

[1] The court notes that the two references to "public defendant" on page 6 of the report and recommendation should read "public defender."

1

Accordingly, it is ordered that plaintiff's federal claims are dismissed with prejudice, and her state-law claims are dismissed without prejudice to her right to raise them in state court.

SO ORDERED this 27th day of January, 2026.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE